ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Tsay Professional Services, Inc. | ) | ASBCA Nos. 62935-ADR, 63017-ADR |
| | ) | |
| Under Contract No. W9124J-16-C-0059 | ) | |

APPEARANCE FOR THE APPELLANT:    Bryant S. Banes, Esq.
    Neel, Hooper & Banes, P.C.
    Houston, TX

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
    Army Chief Trial Attorney
    MAJ Michael R. Tregle, Jr., JA
    Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: March 23, 2022

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62935-ADR, 63017-ADR, Appeals of Tsay Professional Services, Inc., rendered in conformance with the Board's Charter.

Dated: March 23, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals